■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL SEQURA, Appellant. [890 NYS2d 887]

Concur—Gonzalez, P.J., Tom, Sweeny, Freedman and Abdus-Salaam, JJ.